DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEE DIXON**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1196

[August 5, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 08-1221CF10A.

Lee Dixon, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***